■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO VALDIVIA, Appellant. [823 NYS2d 897]—Judgment, Supreme Court, New York County (Richard D. Carruthers, J., at suppres-

sion hearing; Charles H. Solomon, J., at plea and sentence), rendered June 14, 2005, convicting defendant of criminal possession of a controlled substance in the fourth degree, and sentencing him, as a second felony offender, to a term of 4 to 8 years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). Concur—Mazzarelli, J.P., Friedman, Nardelli, Gonzalez and Catterson, JJ.